# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGE TAMIKA   :   No. 376 Common Pleas Judicial
WASHINGTON A JUDGE OF THE COURT   :   Classification Docket
OF COMMON PLEAS OF THE FIRST   :
JUDICIAL DISTRICT OF PENNSYLVANIA   :
TO A DIVISION OF SAID COURT   :
  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2022, upon consideration of the Petition of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent assignment of the Honorable Tamika Washington to the Trial Division of the Court of Common Pleas of the First Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.